UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROBERT TAYLOR
        Plaintiff(s),

v.

UNIFIRST CORPORATION
        Defendant(s).
_____/

CASE NO. C 11-00074 JSW

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☒ Private ADR (*please identify process and provider*) _____

Mediation with the Hon. Ronald M. Sabraw (Ret.) of JAMS scheduled for August 11, 2011.

The parties agree to hold the ADR session by:
☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☒ other requested deadline August 31, 2011

Dated: 04/07/2011          /s/ Jeffery M. Hubins
                                                   Attorney for Plaintiff

Dated: 04/07/2011          /s/ Bradford J. Smith
                                                   Attorney for Defendant

Dated: _____

Dated: _____

American LegalNet, Inc.
www.USCourtForms.com

**[PROPOSED]** ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
☐ Non-binding Arbitration
☐ Early Neutral Evaluation (ENE)
☐ Mediation
☒ Private ADR

Deadline for ADR session
☐ 90 days from the date of this order.
☒ other   August 31, 2011

IT IS SO ORDERED.

Dated:  April 12, 2011                             /s/ Jeffrey S. White
                                                   UNITED STATES DISTRICT JUDGE
                                                   JEFFREY S. WHITE

American LegalNet, Inc.
www.USCourtForms.com

**ATTESTATION OF SIGNATURE**
(N.D. CAL. GENERAL ORDER NO. 45)

Pursuant to N.D. Cal. General Order No. 45 § X(B), I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained by all the signatories on April 7, 2011.

/s/ Bradford J. Smith
Bradford J. Smith

**PROOF OF SERVICE**

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 7, 2011.

/s/ Bradford J. Smith
Bradford J. Smith