UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TAYLOR, individually,<br><br>           Plaintiff,<br>   v.<br><br>UNIFIRST CORPORATION, ET AL.,<br><br>           Defendants. | Case No. 3:11-CV-00074-JSW<br><br>(~~Proposed~~)<br>**ORDER GRANTING THE FILING OF AN AMENDED COMPLAINT** |

The First Amended Complaint attached to the Stipulation to File the First Amended Complaint as Exhibit 1 be ~~deemed~~ filed and entered on the docket by Plaintiff Robert Taylor.

Further, Defendant waives notice and service of the amended complaint and shall not be required to answer the amendment until September 14, 2011, after the parties have participated in and completed Alternative Dispute Resolution. The extension of time to answer the amended complaint will not alter the date of any event or any deadline already fixed by Court order.

**IT IS SO ORDERED.**

Dated: May 19, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

- 1 -